Same case below, 392 Fed. Appx. 9.

No. 10-8886. Raymond Perry, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

563 U.S. 941, 131 S. Ct. 2143, 179 L. Ed. 2d 900, 2011 U.S. LEXIS 3002.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8891. Chuck Lepold Harper, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

563 U.S. 941, 131 S. Ct. 2101, 179 L. Ed. 2d 900, 2011 U.S. LEXIS 3045.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8893. Edmond Wade Green, Petitioner v. Jack Palmer, Warden.

563 U.S. 941, 131 S. Ct. 2102, 179 L. Ed. 2d 900, 2011 U.S. LEXIS 3179.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 715.

No. 10-8896. Louis Douglas Halley, IV, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

563 U.S. 941, 131 S. Ct. 2102, 179 L. Ed. 2d 900, 2011 U.S. LEXIS 3145.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8902. Reginald Brown, Petitioner v. McKither Bodison, Warden.

563 U.S. 941, 131 S. Ct. 2102, 179 L. Ed. 2d 900, 2011 U.S. LEXIS 3108.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 420 Fed. Appx. 225.

No. 10-8904. Robert Allen Gattis, Petitioner v. Robert Snyder, Warden.

563 U.S. 941, 131 S. Ct. 2102, 179 L. Ed. 2d 900, 2011 U.S. LEXIS 3130.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-8909. Robert Anthony Flor, Petitioner v. Pennsylvania.

563 U.S. 941, 131 S. Ct. 2102, 179 L. Ed. 2d 900, 2011 U.S. LEXIS 3134.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 606 Pa. 384, 998 A.2d 606.